

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00123-CV

| | | |
|---|---|---|
| John Hawkins | § | From the 158th District Court |
| | § | of Denton County (2012-20790-158) |
| v. | | |
| | § | December 31, 2014 |
| Angela Myers | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the trial court's "Order Denying Plaintiff's Motion for Partial Summary Judgment and Granting Defendant's Motion for Partial Summary Judgment" is affirmed and that the trial court's "Order Granting Sanctions" is vacated.

It is further ordered that Appellant John Hawkins shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy
Justice Bob McCoy